1  **ROBERT ISHIKAWA, #90621**
   Attorney at Law
2  5707 N. West Ave.
   Fresno, CA  93711
3  (559) 431-5700

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| ESTHER SOLEM | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No:  05-CV-00511-REC-LJO |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | **STIPULATION AND ORDER TO EXTEND TIME** |
| Defendant(s). | ) | |

The parties, through their respective counsel, stipulate that plaintiff's time to prepare and file the confidential letter brief be extended from November 14, 2005 to December 15, 2005.

This is plaintiff's first request for an extension of time to prepare the plaintiff's confidential letter brief.

Plaintiff needs the additional time to adequately review the file and prepare a response to this matter.

//

//

1

2  Dated:  November 15, 2005              /s/ Robert Ishikawa
                                          Robert Ishikawa
3                                         Attorney for plaintiff

4

5
   Dated:  November 16, 2005              /s/Kristi C. Kapetan
6                                         Kristi C. Kapetan
                                          (as authorized via facsimile)
7                                         Assistant U.S. Attorney

8  IT IS SO ORDERED.

9  **Dated:   November 17, 2005**           /s/ Lawrence J. O'Neill
   b9ed48                                 UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       2