**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Esther Solem

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER SOLEM, | CV-F - 05-511 REC LJO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due February 19, 2006, and is therefore requesting additional time in which to file her opening brief until March 21, 2006.

Dated: February  15 , 2006          /s/ Robert Ishikawa
                                    _____
                                    ROBERT ISHIKAWA
                                    Attorney for Plaintiff, ESTHER SOLEM

Dated: February  14 , 2006          /s/ Kristi Kapetan
                                    _____
                                    KRISTI KAPETAN
                                    Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:    February 16, 2006              /s/ Lawrence J. O'Neill**
b9ed48                              UNITED STATES MAGISTRATE JUDGE