1
**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
2  5707 N. West Avenue
Fresno, California 93711
3  Telephone: (559) 431-5700

4  Attorney for Esther Solem

5

6                   **IN THE UNITED STATES DISTRICT COURT FOR THE**

7                          **EASTERN DISTRICT OF CALIFORNIA**

8

9  ESTHER SOLEM,                        )        1:05- CV-0511 REC LJO
                                        )
10              Plaintiff,               )
                                        )
11              v.                       )        STIPULATION AND ORDER TO
                                        )        EXTEND TIME
12  JO ANNE B. BARNHART,                 )
    Commissioner of Social Security,     )
13                                       )
                Defendant.               )
14  _____)

15          Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due

16  March 21, 2006, and is therefore requesting additional time in which to file her opening

17  brief until April  21, 2006.

18  Dated: March   __21__, 2006          /S/ ROBERT ISHIKAWA

19                                       _____
                                         ROBERT ISHIKAWA
                                         Attorney for Plaintiff, ESTHER SOLEM
20
    Dated: March   __20__, 2006          /S/ KRISTI KAPETAN
21
                                         _____
22                                       KRISTI KAPETAN
                                         Assistant U.S. Attorney
23  IT IS SO ORDERED.

    **Dated:   March 23, 2006**          _____/s/ Lawrence J. O'Neill_____
24  b9ed48                               UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                          1