**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Esther Solem

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER SOLEM, ) | 1:05- CV-0511 REC LJO |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| JO ANNE B. BARNHART, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due April 21, 2006, and is therefore requesting additional time in which to file her opening brief until May 21, 2006.

Dated: April __21__, 2006     /S/ ROBERT ISHIKAWA
                              _____
                              ROBERT ISHIKAWA
                              Attorney for Plaintiff, ESTHER SOLEM

Dated: April __20__, 2006     /S/ KRISTI KAPETAN
                              _____
                              KRISTI KAPETAN
                              Assistant U.S. Attorney

      IT IS SO ORDERED.

**Dated:   April 24, 2006**           _____/s/ Lawrence J. O'Neill_____
66h44d                                UNITED STATES MAGISTRATE JUDGE

1