1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone:  (559) 497-4036
5

6  Attorneys for Defendant

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10
   ESTHER SOLEM,                    )      1:05-CV-0511 AWI LJO
11                                  )
                  Plaintiff,        )      STIPULATION AND ORDER
12                                  )      TO EXTEND TIME
                                    )
13                v.                )
                                    )
14 JO ANNE B. BARNHART,             )
   Commissioner of Social          )
15 Security,                        )
                                    )
16                Defendant.        )
   _____ )
17

18     The parties, through their respective counsel, stipulate

19 that defendant's time to respond to plaintiff's opening brief be

20 extended from July 3, 2006 to August 1, 2006.

21 ///

22 ///

23 ///

24 ///

25 ///

26

27

28
                                   1

1    This is defendant's first request for an extension of time

2 to respond to plaintiff's opening brief.  Defendant needs the

3 additional time to review the file and prepare a response in this

4 matter.

5                              Respectfully submitted,

6

7
Dated: June 29, 2006          /s/ Robert Ishikawa
8                             (As authorized via facsimile)
                              ROBERT ISHIKAWA
9                             Attorney for Plaintiff

10

11
Dated: June 29, 2005          McGREGOR W. SCOTT
12                            United States Attorney

13

14                            /s/ Kristi C. Kapetan
                              KRISTI C. KAPETAN
15                            Assistant U.S. Attorney

16
IT IS SO ORDERED.
17
**Dated:    June 29, 2006**                 **/s/ Lawrence J. O'Neill**
18  b9ed48                       UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28
                                   2