```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone:  (559) 497-4036
 5
    Attorneys for Defendant
 6

 7
              IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                    EASTERN DISTRICT OF CALIFORNIA
 9

10  ESTHER SOLEM,                  )    1:05-CV-0511 AWI LJO
                                   )
11            Plaintiff,           )
                                   )    STIPULATION AND ORDER
12       v.                        )    FOR REMAND PURSUANT TO
                                   )    SENTENCE FOUR OF 42 U.S.C.
13  JO ANNE B. BARNHART,           )    § 405(g), and
    Commissioner of Social         )
14  Security,                      )    REQUEST FOR ENTRY OF JUDGMENT
                                   )    IN FAVOR OF PLAINTIFF AND
15            Defendant.           )    AGAINST DEFENDANT
    _____)
16
```

17      IT IS HEREBY STIPULATED, by and between the parties, through

18 their respective counsel of record, that this action be remanded

19 to the Commissioner of Social Security for further administrative

20 action pursuant to section 205(g) of the Social Security Act, as

21 amended, 42 U.S.C. § 405(g), sentence four.

22      On remand, the Appeals Counsel will instruct the

23 Administrative Law Judge ("ALJ") to take the following action:

24      (1)  Give further consideration to Plaintiff's maximum

25 residual functional capacity, specifically, the plaintiff's

26 ability to perform gripping, grasping, pulling and pushing, during

27 the entire period at issue, and provide appropriate rationale with

28 specific references to evidence of record in support of assessed

limitations (see Social Security Ruling (SSR) 96-8p);

(2)  In so doing, evaluate the treating and examining source opinions (see 20 C.F.R. § 404.1527, SSR 96-2p and 96-5p) and non-examining source opinion (see 20 C.F.R. § 404.1527(f), SSR 96-6p), and explain the weight given to such opinion evidence;

(3)  As appropriate, request the treating and examining sources to provide additional evidence and further clarification of the opinion;

(4)  Articulate in the residual functional capacity assessment any limitations that are found, in work related terms that are consistent with 20 C.F.R. § 404.1545;

(5)  Obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base (see SSR 83-12, 83-14);

(6)  Pose hypothetical questions that clearly reflect the specific capacity/limitations established by the record as a whole in terms that are consistent with 20 C.F.R. § 404.1545;

(7)  Ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy (see 20 C.F.R. § 404.1566); and,

(8)  Before relying on the vocational expert evidence, identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles (DOT) and its companion publication, the Selected Characteristics of Occupations (see SSR 00-4p).

///
///

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: July 27, 2006         /s/ Robert Ishikawa
                             (As authorized via facsimile)
                             ROBERT ISHIKAWA
                             Attorney for Plaintiff

Dated: July 31, 2006         McGREGOR W. SCOTT
                             United States Att Dated:


                             /s/ Kristi C. Kapetan
                             KRISTI C. KAPETAN
                             Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

**Dated:   July 31, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE