```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone:  (559) 497-4036
 5
    Attorneys for Defendant
 6
 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9
10  ESTHER SOLEM,                )    1:05-cv-0511 AWI LJO
                                 )
11            Plaintiff,         )    STIPULATION AND ORDER
                                 )    AWARDING EAJA ATTORNEY FEES
12            v.                 )
                                 )
13  JO ANNE B. BARNHART,         )
    Commissioner of Social       )
14  Security,                    )
                                 )
15            Defendant.         )
    _____)
16
17       IT IS HEREBY STIPULATED by the parties, through their
18  undersigned counsel, subject to the approval of the Court, that
19  counsel for plaintiff be awarded attorney fees under the Equal
20  Access to Justice Act in the amount of THREE THOUSAND TWO HUNDRED
21  DOLLARS AND NO CENTS ($3,200.00).  This amount represents
22  compensation for legal services rendered on behalf of plaintiff by
23  counsel in connection with this civil action for services
24  performed before the district court in accordance with 28 U.S.C. §
25  2412(d).
26  ///
27  ///
28  ///
```

1

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406 of the Social Security Act, subject to the offset provisions of the law.

                               Respectfully submitted,

Dated: October 10, 2006      /s/ Robert Ishikawa
                                  ROBERT ISHIKAWA
                                  Attorney at Law

Dated: October 11, 2006      McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Kristi C. Kapetan
                                  KRISTI C. KAPETAN
                                  Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   October 17, 2006**           **/s/ Lawrence J. O'Neill**
b9ed48                                      UNITED STATES MAGISTRATE JUDGE